**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division**

Malibu Media, LLC
                              Plaintiff,

v.                                              Case No.: 1:12–cv–06673
                                                Honorable James B. Zagel

John Does 1–23
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 13, 2012:

      MINUTE entry before Honorable James B. Zagel:Motion hearing held on 9/13/2012. Motion by Plaintiff Malibu Media, LLC for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference [7] is granted in part and denied in part for the reasons stated in open court. Memorandum by plaintiff to be filed on or by 9/27/2012. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.